# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Verinata Health, Inc. and The Board of Trustees of the Leland Stanford Junior University <br> *Plaintiff* <br> v. <br> Sequenom, Inc. and Sequenom Center for Molecular Medicine LLC <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  4:12-cv-00865-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sequenom Center for Molecular Medicine , LLC c/o
Phillip D. Torrence
350 E. Michigan Avenue, Suite 300
Kalamazoo, MI 49007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Edward R. Reines
Weil, Gotshal & Manges
201 Redwood Shores Pkwy.
Redwood Shores, CA 94065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 27 2012

JESSIE MOSLEY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney: DEREK C. WALTER SBN 246322<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-802-3000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: 17516.0003 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: VERINATA HEALTH, INC., et al. | | | | |
| Defendant: SEQUENOM, INC. et al. | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 4:12-CV-00865-LB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT AND PATENT INFRINGEMENT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; JOINT CASE MANAGEMENT STATEMENT AND (PROPOSED) ORDER; CASE MANAGEMENT ORDER.

3. a. Party served: SEQUENOM CENTER FOR MOLECULAR MEDICAL
   b. Person served: PHILLIP TORRENCE, AGENT FOR SERVICE

4. Address where the party was served: 350 E. MICHIGAN AVENUE
   SUITE 300
   KALAMAZOO, MI 49007

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 02, 2012 (2) at: 2:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SEQUENOM CENTER FOR MOLECULAR MEDICAL
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. ROBERT SQUIER

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250-9111
   Fax (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Mar. 05, 2012

   (ROBERT SQUIER)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

8061238 .weigo.431002